FILED

10/17/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0614

IN THE SUPREME COURT OF THE STATE OF MONTANA
**************************

Case No. DA 21-0614

**************************

STATE OF MONTANA,                    )
                                     )
    Plaintiff and Appellee,          )
                                     )
v.                                   )
                                     )
CHRISTOPHER I. TOULOUSE,             )
                                     )
    Defendant and Appellant.         )


************************************
### ORDER
************************************

Upon consideration of Appellant's 21st Motion for Extension of Time,

**IT IS HEREBY ORDERED** that Appellant's motion for extension is

DENIED.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 17 2023